■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENALDO RODRIQUEZ, Appellant. [655 NYS2d 333] —Judgment, Supreme Court, Bronx County (Elbert Hinkson, J.), rendered September 9, 1994, convicting defendant, after a jury trial, of manslaughter in the first degree, and sentencing him, as a second felony offender, to a term of 12½ to 25 years, unanimously affirmed.

Defendant's claim that the trial court pressured the jury into rescinding its request for a readback of the entire trial testimony of two witnesses is unpreserved for appellate review and we decline to review it in the interest of justice (*People v Hollis*, 216 AD2d 17, *lv denied* 86 NY2d 796). Were we to review it, we would find it to be without merit. The court in no way sought to dissuade the jury from requesting a readback of the testimony (*People v Owens*, 214 AD2d 480). In fact, it was the foreperson who, upon being informed that any testimony requested by the jury would not be given to them in the form of a transcript but would be read back to them, stated that the jury would "have to be more specific". The court responded meaningfully to the jury's request by asking for clarification (*People v Hawkins*, 173 AD2d 358, *lv denied* 78 NY2d 1076). Concur—Milonas, J. P., Ellerin, Nardelli and Tom, JJ.